# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| LEONARD TERRY, | ) |
|     Plaintiff, | ) |
| v. | ) CASE NO. 1:21-cv-00049-JMS-DML |
| SMITHFIELD DISTRIBUTION, LLC | ) |
|     Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Come now Plaintiff and Defendant, by their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and hereby stipulate to the dismissal of this lawsuit with prejudice, each party to bear his/its own costs, including attorneys' fees.

/s *Natalie R. Dickey*
Natalie R. Dickey
John H. Haskin & Associates, P.C.
255 North Alabama Street, 2nd Floor
Indianapolis, IN 46204
ndickey@jhaskinlaw.com
Attorney for Plaintiff

/s *Amber M Rogers* (with permission)
Amber M. Rogers
Hunton Andrews Kurth, LLP
1445 Ross Avenue, Suite 3700
Dallas, TX 75202
arogers@huntonak.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing document was served this 11th day of November 2021, via the Court's ECF system, addressed to the following counsel of record:

    Aliza Malouf
    amalouf@HuntonAK.com

    Amber M. Rogers
    arogers@HuntonAK.com

                                                    /s/ *Natalie R. Dickey*
                                                    Natalie R. Dickey